WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Natal,<br><br>                    Plaintiff,<br><br>v.<br><br>Arizona Department of Agriculture,<br><br>                    Defendant. | No. CV-12-2330-PHX-JAT<br><br>**ORDER** |

Pending before the Court is defendant Arizona Department of Agriculture's Motion to Dismiss (Doc. 19). Plaintiff has not filed a Response. (*See* CM/ECF Docket Report).

Defendant initially argues (Doc. 19 at 2) that it "is entitled to judgment as a matter of law because it is a non-jural entity and cannot be sued." (*Id.* (citing Fed. R. Civ. P. 17(b)(3)). The capacity of a party that is not an individual or corporation to be sued is governed "by the law of the state where the court is located." Fed. R. Civ. P. 17(b)(3). "Under Arizona law, '[g]overnment entities have no inherent power and possess only those powers and duties delegated to them by their enabling statutes. Thus, a governmental entity may be sued only if the legislature has so provided.' " *United States v. Maricopa County, Ariz.*, 915 F. Supp. 2d 1073, 1077 (D. Ariz. 2012) (quoting *Braillard v. Maricopa County*, 232 P.3d 1263, 1269, ¶ 12 (Ariz. App. 2010) (citations omitted)).

Defendant Arizona Department of Agriculture is an agency of the State of Arizona

created entirely by state law with organic provisions found in Title 3, Article 1 of the Arizona Revised Statutes. A.R.S. §§ 3-101–109.02. The Arizona Department of Agriculture's organic statute does not confer the power to sue or be sued upon Defendant. *Contrast ibid. with* A.R.S. §§ 3-414, 468.02, 526.02, 584, 1083, 1233 (conferring the power to "[s]ue and be sued" upon five councils and one marketing commission established by the Arizona Department of Agriculture pursuant to State organic statutes). Nor does Plaintiff point to another provision of the Arizona Revised Statutes that would allow Defendant to be sued. (*See* Plaintiff's Amended Complaint, Doc. 8). Because no Arizona statute confers on the Arizona Department of Agriculture the right to sue and be sued, it cannot be sued as a separate legal entity. Thus, the Arizona Department of Agriculture is an unauthorized Defendant under federal and state law and must be dismissed.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 19) is GRANTED with prejudice. The Clerk of the Court shall enter judgment accordingly and close this case.

Dated this 21st day of January, 2014.

James A. Teilborg
Senior United States District Judge